# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, </br></br>Plaintiffs,</br></br>v.</br></br>PATRICK N. RYAN, INC.,</br>an Illinois corporation,</br></br>Defendant. | No. 2011 C 5896</br></br>Judge Sharon Johnson Coleman</br></br>Magistrate Judge Ashman |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on August 25, 2011 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon Patrick N. Ryan, Inc., an Illinois corporation on September 9, 2011 and a copy of the proof of service was filed with the court on September 13, 2011.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

```
$3,938.30  Pension
  $925.00  Attorneys fees
  $472.00  Court costs
$4,400.30
```

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Patrick N. Ryan, Inc., an Illinois corporation, and in favor of Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND in the amount of $4,400.30.

          TRUSTEES OF THE SUBURBAN TEAMSTERS
          OF NORTHERN ILLINOIS PENSION FUND

          s/John J. Toomey
          ARNOLD AND KADJAN
          19 W. Jackson Blvd., Suite 300
          Chicago, IL 60604
          Telephone No.: (312) 236-0415
          Facsimile No.: (312) 341-0438
          Dated: October 7, 2011